# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00773-CR

**Jose Bernabe, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT
### NO. D-1-DC-09-302548, HONORABLE JON N. WISSER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Jose Bernabe filed a motion to abate appeal and remand to the trial court for entry of written findings of fact and conclusions of law concerning the voluntariness of Bernabe's statements. *See* Tex. Code Crim. Proc. Ann. art. 38.22, § 6 (West 2005). During pretrial of the underlying case, Bernabe filed a motion to suppress evidence of his statements. The motion was overruled, the case proceeded to trial, and Bernabe appealed his conviction. The clerk's record and the reporter's record have been filed. However, the record does not contain the findings and conclusions required by article 38, section 6 of the Texas Code of Criminal Procedure. *See id.*

We abate this appeal and remand this matter to the trial court for entry of the required findings of fact and conclusions of law. *See Berry v. State*, 995 S.W.2d 699, 701 (Tex. Crim. App. 1999). A supplemental clerk's record containing the findings and conclusions shall be filed with

this Court thirty days from the date of this opinion. This appeal will be reinstated after the supplemental clerk's record is filed.

                _____

                Jeff Rose, Justice

Before Justices Puryear, Pemberton and Rose

Abated

Filed:  February 4, 2011

Do Not Publish